# UNITED STATES DISTRICT COURT

**Eastern**     District of     **California**

| | |
|---|---|
| ROBERT HUNTER<br>Plaintiff | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES** |
| V. | |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY<br>Defendant | CASE NUMBER: 1: 06 at 00314 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X    The clerk is directed to file the complaint.

    X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   17th   day of      July      ,   2006 .

_____
Signature of Judicial Officer

**/s/ Dennis L. Beck**
_____
Name and Title of Judicial Officer