ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| ROBERT HUNTER, | |
| | CASE NO: 1:06-cv-00914 SMS |
| Plaintiff, | |
| vs | STIPULATION and ORDER |
| | to |
| COMMISSIONER of | EXTEND TIME |
| SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from January 7, 2007 to February 26, 2007.

This is the Plaintiff's first request for an extension of time in to prepare the Opening Brief.  The Plaintiff submitted his Confidential Letter to the United States Attorney on 11/20/06 and did not receive the Respondent's response dated 12/6/06 until he received a fax on January 31, 2007 from the Regional Counsel of the Social Security Administration.

The Plaintiff needs additional time to prepare the Opening Brief.

The Defendant's Response Brief will then be due thirty (30) days after the filing of the Appellant's Opening Brief.


Dated:  January 31, 2007                     Respectfully submitted,

                                             /s/ Robert D. Christenson

                                             **ROBERT D. CHRISTENSON**
                                             Attorney for Plaintiff



Dated: January 31, 2007                      ___/s/ Donna M. Montano _____
                                             **DONNA M. MONTANO**
                                             Special Assistant United States Attorney



**IT IS SO ORDERED**.

 Date: 2/2/2007                               /s/ Sandra M. Snyder
                                             The **HONORABLE SANDRA M. SNYDER**
                                                     United States Magistrate Judge